UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| IVAN ARVIZO ROSALES,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, EDEN DETENTION CENTER,<br><br>Respondent. | No. 6:26-CV-00253-H |

**ORDER**

Petitioner Ivan Arvizo Rosales, a self-represented immigrant detainee, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention pending removal proceedings. He seeks release from confinement.

Now, Respondent has notified the Court that Petitioner was removed from the United States on September 4, 2026. Dkt. No. 14. The Court has reviewed the ICE online detainee locator and takes judicial notice of the fact that, as of today, Petitioner is no longer in ICE custody.[1]

Based on the information provided by Respondent, the Court concludes that Petitioner's claims are moot. Thus, the Court dismisses the petition for lack of jurisdiction and denies any other pending motions as moot.

The Court will enter judgment accordingly.

So ordered on October 6, 2026.

JAMES WESLEY HENDRIX
United States District Judge

[1] *See* http:// https://locator.ice.gov/odls/#/search (last visited Oct. 2, 2026).